1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

        Plaintiff,

   v.

COUNTY RECORDER'S OFFICE, et. al.,

        Defendants.

Case Nos. 21-cv-08636-PJH
21-cv-08638-PJH
21-cv-08888-PJH

**ORDER DISMISSING MULTIPLE CASES WITH PREJUDICE**

Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42 U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471 YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

Plaintiff presents very similar claims in these actions. [1]  He seeks relief regarding his underlying conviction or how his other cases were handled by the state and federal courts.

To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases, he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case No. 13-0951 CW.

---

[1] To the extent a second plaintiff wishes to also proceed in these actions, that plaintiff must file his own separate cases.

1    The allegations in these complaints do not show that plaintiff was in imminent

2    danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

3    IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

4    U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

5    *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

6    828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

7    prejudice.

8        The clerk shall terminate all pending motions and close these cases.  The clerk

9    shall return, without filing, any further documents plaintiff submits in these closed cases.

10       **IT IS SO ORDERED.**

11   Dated: December 8, 2021

12

13            */s/ Phyllis J. Hamilton*

14            PHYLLIS J. HAMILTON
             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*

2